ORDER
Appellants and appellees have filed petitions for rehearing and rehearing en banc.
Judges Michael, Gregory, and Legg voted to deny panel rehearing.
A member of the Court requested a poll on the petition for rehearing en banc filed by the defendants. There was no request for a poll on the petition for rehearing en banc filed by the plaintiffs.
Judge Widener voted to grant the defendants’ petition for rehearing en banc and Chief Judge Wilkinson and Judges Wilkins, Niemeyer, Luttig, Williams, Michael, Motz, Traxler, King and Gregory voted against rehearing en banc.
The Court denies the petitions for rehearing and rehearing en banc.
Entered at the direction of Judge Michael for the Court.